UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN KERRY O'KEEFE,<br><br>　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00430-MMD-VPC<br><br>ORDER |

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court dismisses this action because petitioner did not pay the filing fee, nor did he submit an application to proceed *in forma pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that the Clerk of the Court send petitioner a blank form for an application to proceed *in forma pauperis* for incarcerated litigants.

It is further ordered that this action is dismissed without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court will enter judgment accordingly and close this action.

It is further ordered that a certificate of appealability is denied.

DATED THIS 5th day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE