AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF___NEVADA_____

BRIAN KERRY O'KEEFE,

          Petitioner,

   v.

ROBERT LeGRAND, et al.,

          Respondent(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  **3:16-cv-00430-MMD-VPC**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis,* accompanied by a signed financial certificate and a statement of his inmate account.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

August 5, 2016

**LANCE S. WILSON**
Clerk


 /s/ K. Rusin
Deputy Clerk