UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN KERRY O'KEEFE,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00430-MMD-VPC<br><br>ORDER |

Before the Court are petitioner's motion to transfer (ECF No. 32), motion for appointment of counsel (ECF No. 33), and motion for certificate of appealability (ECF No. 38). The motion to transfer and the motion for appointment of counsel are moot because the Court has transferred this action to another court. The motion for certificate of appealability is moot because the court of appeals has determined that it lacks jurisdiction over petitioner's appeal (ECF No. 41).

It is therefore ordered that petitioner's motion to transfer (ECF No. 32) is denied as moot.

It is further ordered that petitioner's motion for appointment of counsel (ECF No. 33) is denied as moot.

It is further ordered that petitioner's motion for certificate of appealability (ECF No. 38) is denied as moot.

DATED THIS 6th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE